**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

William Henry Sanders
Attorney at Law
P. O. Box 1363
Jena LA 71342-1363

**REHEARING ACTION: January 30, 2008**

**Docket Number: 07  00821-CA**

**HENRY SANDERS**
**VERSUS**
**STATE OF LA., DEPARTMENT OF NATURAL RESOURCES**

**Appealed from LaSalle Parish Case No. 33,917**

**BEFORE JUDGES:**

>   Hon. Michael G. Sullivan
>   Hon. Glenn B. Gremillion
>   Hon. Billy Howard Ezell

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Henry Sanders** has this day been

>   **DENIED.**

cc: Albin Alexandre Provosty, Counsel for the Appellant